IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA R. MURPHY                                                                                    PLAINTIFF
ADC #760343

v.                            No: 3:21-cv-00174 BRW-PSH

PAYNE, *et al.*                                                                                  DEFENDANTS

## ORDER

Plaintiff Lisa R. Murphy filed a complaint pursuant to 42 U.S.C. § 1983 and applications to proceed *in forma pauperis*. Doc. Nos. 1-2 & 4-5. Murphy is an inmate at the McPherson Unit in the Arkansas Department of Correction ("ADC") and a "three-striker" under the three-strikes provision of the Prison Litigation Reform Act ("PLRA"). *See Murphy v. Faust et al.,* No. 1:14-cv-00127-JM (E.D. Ark.); *Murphy v. Culclager, et al.*, No. 1:15-cv-00027-BSM (E.D. Ark.); *Murphy v. Robinson, et al.*, No. 1:15-cv-00047-JM (E.D. Ark.); and *Murphy v. Fisk, et al.*, No. 1:15-cv-00050-BSM.

As a three-striker, Murphy must show that she was in imminent danger of serious physical injury at the time she filed the complaint. 28 U.S.C. § 1915(g); *Ashley v. Dilworth*, 147 F.3d 715, 717 (8th Cir. 1998). The PLRA's three-strikes provision states that a prisoner cannot proceed *in forma pauperis* in a civil action if:

> the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the

> United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, ***unless the prisoner is under imminent danger of serious physical injury.***

28 U.S.C. § 1915(g) (emphasis added).  The U.S. Court of Appeals for the Eighth Circuit has explicitly upheld the constitutionality of the three-strikes provision.  *See Higgins v. Carpenter*, 258 F.3d 797 (8th Cir. 2001).  The Eighth Circuit has clarified that the imminent danger exception applies only when there is a genuine risk of an "ongoing serious physical injury." *Martin v. Shelton,* 319 F.3d 1048, 1050 (8th Cir. 2003).

Murphy claims that she has been repeatedly assigned to a dangerous barracks where she has been threatened, and is then placed in segregation because she refuses her barracks assignment.  The Court needs more information to determine if Murphy's claims meet the imminent-danger exception to the PLRA's three-strikes rule.  Accordingly, Murphy must amend her complaint within thirty days from the date of this Order.  Murphy must provide specific facts to support a claim that she is in danger of imminent serious physical injury.  Murphy must also describe the involvement of each defendant and how they are contributing to an ongoing risk of serious physical injury.

The Clerk of Court is directed to send a blank § 1983 complaint form to Murphy. Murphy is cautioned that an amended complaint renders her original complaint without legal effect; only claims properly set out in the amended

complaint will be allowed to proceed. In the event she fails to file an amended complaint conforming to this order by that date, this case may be dismissed.

IT IS SO ORDERED this 16th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE