# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA R. MURPHY** **PLAINTIFF**
**ADC #760343**

V.                                CASE NO: 3:21-CV-00174 BRW

**PAYNE,** *et al.*                                                           **DEFENDANTS**

## ORDER

On September 16, 2021, United States Magistrate Judge Patricia Harris entered an order informing Ms. Murphy that she must file an amended complaint within 30 days.[1] Ms. Murphy was warned that her complaint may be dismissed if she did not file an amended complaint. Ms. Murphy moved for and was granted an extension of time until November 22, 2021, to file her amended complaint.[2] The deadline to file her amended complaint has passed. Accordingly, this case is DISMISSED without prejudice for failure to comply with Local Rule 5.5(c)(2), failure to respond to court orders, and for failure to prosecute.[3] Ms. Murphy's motions for leave to proceed *in forma pauperis* are DENIED as MOOT.[4]

IT IS SO ORDERED this 29th day of November, 2021.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 8.

[2] Doc. Nos. 9-10.

[3] *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

[4] Doc. Nos. 1 & 4.