IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **LISA R. MURPHY**<br>**ADC #760343** | **PLAINTIFF** |
| V. | **CASE NO: 3:21-CV-00174 BRW** |
| **PAYNE,** *et al.* | **DEFENDANTS** |

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 29th day of November, 2021.

                                                            BILLY ROY WILSON
                                                    UNITED STATES DISTRICT JUDGE